CV-S-00-1218



CV-S-00-1218-0001



10/06/2000



*A / /



MITCHELL D. GLINER, ESQ.
Nevada Bar #003419
3017 West Charleston Boulevard
Suite 95
Las Vegas, NV  89102
(702) 870-8700
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

TOBY D. NELSON,

     Plaintiff,

vs.

CHASE MANHATTAN MORTGAGE
CORPORATION, a New Jersey
corporation, qualified to do
business in the State of
Nevada,

     Defendant.

CV-S-00-1218-KJD-RJJ

SIX PERSON JURY DEMANDED

LAW OFFICES
MITCHELL D. GLINER
3017 W. Charleston Blvd.
Suite 95
Las Vegas, Nevada 89102

(702) 870-8700

COMPLAINT

JURISDICTION

1.   The jurisdiction of this Court attains pursuant to the FCRA, 15 U.S.C. Section 1681(p), and the doctrine of pendent jurisdiction.  Venue lies in the Southern Division of the Judicial District of Nevada as Plaintiff's claims arose from acts of the Defendant perpetrated therein.

PRELIMINARY STATEMENT

2.   The Plaintiff brings this action for damages based upon Defendant's violations of the Fair Credit Reporting Act, 15 U.S.C § 1681 *et seq.* (hereinafter referred to as "FCRA"), and of state

. . .

law obligations brought as pendant claims pursuant to N.R.S. 598C.160.1 and other pendant claims resulting from defamation of credit, negligent infliction of emotional harm and invasion of privacy.  Plaintiff seeks actual damages, punitive damages, costs and attorney's fees.

3.    Plaintiff is a natural person and is a resident and citizen of the State of Nevada and of the United States.  Plaintiff is a  "consumer" as defined by § 1681a(c) of the FCRA.

4.    Defendant    Chase    Manhattan    Mortgage    Corporation, (hereinafter   "Chase"),   is   a   furnisher   of   information   as contemplated by FCRA § 1681s-2 (b), who regularly and in the ordinary course of business furnishes information to one or more consumer   reporting   agencies   about   consumer   transactions   or experiences with any consumer.

## FACTUAL ALLEGATIONS

5.    Plaintiff's   creditworthiness   has   been   repeatedly compromised by the acts, obduracy and general indifference of the Defendant.

6.    In  1998,  Plaintiff,  as  a  co-signatory  with  Anthony Proietti,  acquired  a  residential  mortgage  with  the  Defendant. Shortly thereafter, Proietti declared bankruptcy.

7.    Plaintiff has since paid the noted mortgage in a timely manner.

8.    In  September,  1998,  Plaintiff  acquired  a  copy  of  his credit   profile   from   Experian   Information   Solutions,   Inc. (Experian).  Plaintiff's desire to acquire the same stemmed from difficulties encountered regarding the acquisition of financing.

LAW OFFICES
MITCHELL D. GLINER
3017 W. Charleston Blvd.
Suite 95
Las Vegas, Nevada 89102
(702) 870-8700

2

1   These problems began immediately subsequent to Proietti's
2   bankruptcy filing.

3       9.   A copy of the letter sent to both Experian and Defendant
4   detailing both the misreporting of the subject account and
5   difficulties attendant thereto is attached as Exhibit 1.

6       10.  Attached as Exhibit 2 is Chase's apologetic letter of
7   January 4, 1999, which explicates both its position and rationale.
8   Chase's original reporting failed to make the distinctions noted in
9   Exhibit 2.

10      11.  Defendant's explication fundamentally and completely
11  failed to take into account the misleading nature of its policy.
12  Plaintiff has still encountered tremendous difficulties in
13  acquiring credit despite the impartations to the various credit
14  reporting agencies referenced in Exhibit 2.   Said difficulties
15  relate specifically to the Chase account.

16      12.  A copy of the relevant portion of Plaintiff's Experian
17  Report, dated January 27, 1999, is attached as Exhibit 3.   The
18  comments inserted by the Defendant continue to reference Proietti's
19  bankruptcy on Plaintiff's account.

20      13.  Defendant has also irreconcilably indicated that the
21  subject account was both **never late** and **past due**.   "Certainly
22  reports containing factually correct information that nonetheless
23  mislead their readers are neither maximally accurate nor fair to
24  the consumer who is the subject of the reports."   Koropoulos v.
25  Credit Bureau, Inc., 734 F.2d 37, 40 (1984).

26      14.  On or about March 10, 1999, Plaintiff received the Equal
27  Credit Opportunity Act Declination Notice, dated March 6, 1999,
28  attached as Exhibit 4.   Exhibit 4 reflects that Plaintiff was

LAW OFFICES
MITCHELL D. GLINER
3017 W. Charleston Blvd.
Suite 95
Las Vegas, Nevada 89102
(702) 870-8700

3

1   denied credit based upon the specific "updated" language imparted

2   by Defendant to Experian (aka TRW) as reflected in Exhibit 3.

3          15.   On or about March 10, 1999, Plaintiff received a copy of

4   his Equifax Credit Report, dated March 5, 1999, the relevant

5   portion of which is attached as Exhibit 5.  Exhibit 5 reflects that

6   Defendant failed to report the results of its investigation in

7   accordance with FCRA § 1681s-2(b)(1)(D).

8          16.   On   March   7,   1999,   Plaintiff   again   disputed   the

9   Defendant's tradeline as contained in his Equifax Report, dated

10  December 3, 1998 (Exhibit 6).

11         17.   A copy of the relevant portion of Plaintiff's Equifax

12  Report, dated April 16, 1999, generated in response to Exhibit 6 is

13  attached as Exhibit 7.  Exhibit 7 reflects that despite Plaintiff's

14  additional entreat to Defendant to accurately report his tradeline,

15  the Defendant continues to violate FCRA § 1681s-2(b)(1).

16         18.   In May, 1999, Plaintiff again disputed the Defendant's

17  tradeline, however, this time the dispute was sent directly to one

18  of Equifax's counsel who agreed in accordance with the FCRA to

19  delete any reference to the bankruptcy (Exhibit 8).  As a result

20  Defendant was compelled to do what it had heretofore refused

21  to.

22         19.   In June, 1999, Plaintiff again disputed the Defendant's

23  tradeline, however, this time the dispute was sent directly to one

24  of Experian's counsel who agreed in accordance with the FCRA to

25  delete any reference to the bankruptcy (Exhibit 9).  As a result

26  Defendant was compelled to do what it had heretofore refused

27  to.

28  .  .  .

LAW OFFICES
MITCHELL D. GLINER
3017 W. Charleston Blvd.
Suite 95
Las Vegas, Nevada 89102
(702) 870-8700

20.  Attached as Exhibit 10 is the dispute conveyed to Trans Union LLC (TUC), dated December 2, 1998, which imparted that the noted bankruptcy was that of a joint obligor under the Chase Note and not that of Plaintiff's.  The dispute was conveyed by TUC to Chase.

21.  Exhibit 10 also imparted that the inclusion of the bankruptcy in Plaintiff's profile was impeding his access to credit.

22.  Attached as Exhibit 11 are the relevant pages of Plaintiff's January 8, 1999, TUC Profile.  Exhibit 11 reflects both the deletion by TUC of the bankruptcy reference and no late payment history of any kind.

23.  Attached as Exhibit 12 is AT&T's denial, dated April 28, 2000, based upon the bankruptcy reinserted by Chase in Plaintiff's TUC Profile.

24.  The relevant page of Plaintiff's TUC Profile, dated May 11, 2000, is attached as Exhibit 13.  Exhibit 13 reflects the reinsertion by Chase of the bankruptcy reference.  Exhibit 13 also reflects a "late payment history" dating back to 1997.

25.  The exhibits reflect that the account ascribed to Defendant was "reverified" as "correct."  There is no evidence that Defendant took the necessary steps to obtain the pertinent documents, which would enable it to evaluate Plaintiff's contentions.  Cushman v. Trans Union Corp., 115 F.3d 220, 222 (3rd Cir. 1997).

26.  Defendant failed to investigate Plaintiff's dispute in accordance with FCRA § 1681i.  A furnisher of information cannot simply re-verify.  ". . . In a reinvestigation of the accuracy of

LAW OFFICES
MITCHELL D. GLINER
3017 W. Charleston Blvd.
Suite 95
Las Vegas, Nevada 89102
(702) 870-8700

credit reports, a [furnisher of information] must bear some responsibility for evaluating the accuracy of information obtained . . . ." <u>Stevenson v. TRW, INC.</u>, 987 F.2d 288, 293 (5th Cir. 1993).

27. The aforementioned constitutes <u>per</u> <u>se</u> violations of FCRA § 1681i which requires that Defendant follow reasonable procedures to assure the maximum possible accuracy of the information contained in Plaintiff's credit profiles. <u>Guimond v. Trans Union Information Co.</u>, 45 F.3d 1329, 1333-34 (9th Cir. 1995).

28. Defendant could have verified the inaccuracy of Plaintiff's derogatory credit entry simply by producing the relevant documentation. Defendant's failure to properly verify relative to this "point of correspondence" constituted a further violation of FCRA § 1681i. <u>Thompson v. San Antonio Retail Merchants Ass'n</u>, 682 F.2d 509, 513 (5th Cir. 1982).

### STATEMENT OF CLAIM AS AGAINST DEFENDANT

30. In the entire course of its action, Defendant willfully and/or negligently violated the provisions of the FCRA in the following respects:

    a.  By willfully and/or negligently failing to comport with FCRA § 1681s-2(b).

### PRAYER FOR RELIEF

THEREFORE, Plaintiff prays that the court grant the following relief as against Defendant:

    a)  actual damages;

    b)  punitive damages;

LAW OFFICES
MITCHELL D. GLINER
3017 W. Charleston Blvd.
Suite 95
Las Vegas, Nevada 89102
(702) 870-8700

1     c)    attorney's fees; and

2     d)    costs.

Respectfully submitted,


MITCHELL D. GLINER, ESQ.
Nevada Bar #003419
3017 West Charleston Boulevard
Suite 95
Las Vegas, NV  89102
Attorney for Plaintiff

LAW OFFICES
MITCHELL D. GLINER
3017 W. Charleston Blvd.
Suite 95
Las Vegas, Nevada 89102

(702) 870-8700

7

**EXHIBITS**

December 2, 1998

CERTIFIED MAIL
RETURN RECEIPT
REQUESTED

EXPERIAN
ATTENTION: NCAC
P.O. Box 2104
Allen Texas  75002

    Re:  TOBY D. NELSON/CREDIT DISPUTE

Dear Sirs:

    Please be advised that this letter constitutes a formal request to investigate disputed matters in my recent Credit Report, and subsequently, appropriately delete/amend the same.  For your convenience, I have provided the relevant portion of my recent Credit Profile.

    I have never declared bankruptcy.  The Chase Manhattan Mortgage Account was included in the bankruptcy of a joint obligor under the mortgage note.  Please delete all references to the bankruptcy.  It is impairing my credit.  Do not verify unless you procure the actual bankruptcy filing bearing my name -- none exists!

             Very truly yours,

             Toby D. Nelson

Enclosure

cc:  Chase Manhattan Mortgage via Certified Mail, Return Receipt Requested

EXHIBIT 1

experian

This is your consumer identification number. Please refer to this number when you call or write us.

ID # 0425020157

TOBY D NELSON
5320 WHITE COYOTE PLACE
LAS VEGAS, NV 89130

HOW TO READ THIS REPORT:

AN EXPLANATORY ENCLOSURE ACCOMPANIES THIS REPORT. IT DESCRIBES YOUR CREDIT RIGHTS AND OTHER HELPFUL INFORMATION. IF THE ENCLOSURE IS MISSING, OR YOU HAVE QUESTIONS ABOUT THIS REPORT, PLEASE CONTACT THE OFFICE LISTED ON THE LAST PAGE.

AS PART OF OUR FRAUD-PREVENTION PROGRAM, ACCOUNT NUMBERS MAY NOT FULLY DISPLAY ON THIS REPORT.

YOUR CREDIT HISTORY:

THIS INFORMATION COMES FROM PUBLIC RECORDS OR ORGANIZATIONS THAT HAVE GRANTED CREDIT TO YOU. AN ASTERISK BY AN ACCOUNT INDICATES THAT THIS ITEM MAY REQUIRE FURTHER REVIEW BY A PROSPECTIVE CREDITOR WHEN CHECKING YOUR CREDIT HISTORY. IF YOU BELIEVE ANY OF THE INFORMATION IS INCORRECT, PLEASE LET US KNOW.

ACCOUNT                                      DESCRIPTION

1  * CHASE MANHATTAN MTGE          THIS CONVENTIONAL REAL ESTATE MORTGAGE WAS OPENED
      200 W OLD WILSON BRIDGE       02/02/95 AND HAS 30 YEAR REPAYMENT TERMS. YOU HAVE USE
      WORTHINGTON OH 43085          OF THIS ACCOUNT. ORIGINAL AMOUNT: $119,950.
      FINANCE
      ACCT #
      30058 1XXXX

AS OF 02/15/98, THIS ACCOUNT IS INCLUDED IN OR DISCHARGED THROUGH BANKRUPTCY CHAPTER 7, 11 OR 12. PREVIOUSLY WAS CURRENT AND ALL PAYMENTS WERE MADE ON TIME. MONTHS REVIEWED: 15. PAYMENT HISTORY: 9--CCCCCCCCCC CC
TIMES LATE: 30=0, 60=0, 90+=0, DEROG=1.
Balance History: The original amount of this account was $119950. Your balance was:
11/15/97 - $116904, 10/15/97 - $116904, 09/15/97 - $117110, 08/15/97 - $117231,
07/15/97 - $117231, 06/08/97 - $117432, 05/07/97 - $117550, 04/07/97 - $117667,
03/07/97 - $117783, 02/07/97 - $117898, 01/08/97 - $118013.

CHASE

**Chase Manhattan Mortgage Corporation**
3415 Vision Drive
Columbus, OH 43219
1-800-848-9136 Customer Service
1-800-582-0542 TDD / Text Telephone

January 4, 1999

Toby D. Nelson
5320 White Coyote Place
Las Vegas, NV 89130

Dear Mr. Nelson:

Thank you for taking the time to contact us regarding the status of your mortgage reported to credit bureau. Chase understands the concern of our mortgagors regarding their credit reports and would like to explain how reporting on accounts affected by bankruptcy occurs.

At the time we receive notice of a bankruptcy filing, we are required to note the appropriate account is in bankruptcy, regardless of whether the account is current or past due, to prevent contact with the party(ies) involved in violation of the bankruptcy laws. The notation of the bankruptcy filing is then translated monthly to the credit bureaus to whom Chase reports with the industry standard verbiage "Debt includes in or discharged through Bankruptcy". This status is not a reflection of which of the borrowers actually filed bankruptcy, but merely a statement that the account itself is affected by a bankruptcy filing. The payment status of the mortgage is not altered by the notation of the bankruptcy.

It is the responsibility of every prudent lender, or other concerned party who is considering extending credit, to carefully review any report which includes this industry standard statement. This should include reviewing the current status of the debt; determining whether the account is a Single or Joint account; and reviewing the Public Records which would indicate whether the consumer/borrower in question had actually filed the bankruptcy action or whether a co-borrower filed.

We apologize for any inconvenience this standard reporting has caused you. Though we have correctly reported that the account is in bankruptcy, as a courtesy to you, we will send letters to the credit bureaus indicating the account has been affected by a bankruptcy filed by one, but not all, of the borrowers and asking that they add this statement to your reported to alert any potential new lenders. If the issue arises again, you should clarify with the prospective lender that you were not the party who filed bankruptcy.

EXHIBIT 2

If you have any additional concerns, please call 1-800-848-9136.

Sincerely,

Edwin C. Taylor
Chase Manhattan Mortgage Corporation
Bankruptcy Department

# experian

**Prepared for**
TOBY DOYLE NELSON

**Report number**
2173095418-014666410?

**Report date**
January 27, 1999

Page 1 of 12

Experian
NCAC
P.O. Box 2106
Allen, TX 75013-2106

**If you have questions**
For all questions about this report, please call
**1 888 690-8086**
M - F 7:30 am - 7 pm
and Sat 8 am - 5 pm
CT.

To learn more about Experian or for other helpful information, including tips on how to improve your credit-worthiness, visit our web site:
http://www.experian.com

## Correction Summary

### About our verification process

The following shows the revision(s) made to your file as a result of our verification.

If you still question an item, then you may want to contact the source of the information personally.

The federal Fair Credit Reporting Act states that you may:

-- request a description of how we verified the information, including the business name and address contacted and the telephone number, if reasonably available;

-- add a statement disputing the accuracy or completeness of the information; and

-- request that we send these results to organizations who have reviewed your report in the past two years for employment purposes or six months for any other purpose (twelve months for residents of Maryland and New York).

### Items we reinvestigated

| Item | Outcome |
|------|---------|
| **Credit information about you** | |
| CHASE MANHATTAN M^GE 200552C... | Remains |

11085 2 AF 0.490 F 053  3-DIGIT 891
TOBY DOYLE NELSON
5320 WHITE COYOTE PL
LAS VEGAS NV 89130-1632

EXHIBIT 3

# experian

**Prepared for**
TOBY.DOYLE.NELSON
Report number
2173095418-01466671-2

**Report date**
January 27, 1999
Questions?
Call 1 888 590-8086

Page 2 of 12

## Information affecting your creditworthiness

Items listed with dashes before and after the number, for example -1-, may have a potentially negative effect on your future credit extension and are listed first on the report.

Credit grantors may carefully review the items listed below when they check your credit history. Please note that the account information connected with some public records, such as bankruptcy, also may appear with your credit accounts listed later in this report.

## Credit information about you

| Source/ Account number (some art new items) | Date opened/ Reported first | Date of status/ last reported | Type/ Terms Payment payment | Responsibility | Credit limit or original amount/ high balance | Most recent balance | Comments |
|---|---|---|---|---|---|---|---|
| -1- AT&T WIRELESS SERVICES 1600 SW 4TH AVE PORTLAND OR 97201 2110000001828... | 2-1995/ 2-1995 | 11-1998/ 12-1998 / | Revolving/ Monthly/ $0 | Individual | $88 / $104 | X | Status: paid/current, was past due 30 days Account past due: 30 days as of 11-1998 This account is scheduled to continue on record until 11-2005 |
| -2- CHASE MANHATTAN MTGE 200 W OLD WILSON BRIDGE WORTHINGTON OH 43085 3005830... | 2-1995/ 12-1996 | 2-1998/ 2-1998 | Installment/ 30 Years/ $0 | JOINT WITH ANTHONY PROIETTI | $119,550 / $0 | NA | Status: included in bankruptcy/never late. Account past due: bankruptcy as of 2-1998 This account is scheduled to continue o record until 11-2004. Creditor's statement "Secondary borrower ceased bankruptcy." |
| BNBUSA/BEST BUY P O BOX 15519 WILMINGTON DE 19850 700116300218... | 12-1996/ 1-1997 | 12-1996/ 12-1998 | Revolving/ NA/ $28 | Individual | $3,000 / $3,002 | $1,724 as of 12-1998 | Status: open/never late. |

**USbank.**
P.O. Box 6345
Fargo, ND 58126-6345

U.S. BANK NATIONAL ASSOCIATION
601 SECOND AVENUE SOUTH
MINNEAPOLIS, MINNESOTA 55402

March 6, 1999
REF: 990541412200

TOBY D NELSON
5320 WHITE COYATE PL
LAS VEGAS, NV 89130

DEAR TOBY D NELSON:

U.S. BANK RECEIVED A CREDIT APPLICATION ON YOUR BEHALF FROM TOYOTA WEST FOR AN AUTO/LIGHT TRUCK LOAN.

UNFORTUNATELY, WE WERE UNABLE TO APPROVE YOUR APPLICATION AT THIS TIME UNDER THE TERMS REQUESTED DUE TO.
A BANKRUPTCY FILING ON YOUR CREDIT BUREAU REPORT

OUR DECISION WAS BASED IN WHOLE OR IN PART ON INFORMATION OBTAINED FROM A CONSUMER CREDIT REPORTING AGENCY. YOU HAVE THE RIGHT TO A COPY OF YOUR CREDIT BUREAU REPORT. TO OBTAIN ONE, PLEASE SEND A COPY OF THIS LETTER WITH A WRITTEN REQUEST TO THE CREDIT REPORTING AGENCY LISTED BELOW WITHIN 60 DAYS FROM THE DATE YOU RECEIVE THIS LETTER.

UNDER THE FAIR CREDIT REPORTING ACT, PLEASE UNDERSTAND THAT THE AGENCY DID NOT MAKE THIS DECISION AND WILL NOT HAVE ANY INFORMATION ON WHY THE ACTION WAS TAKEN. IF YOU BELIEVE YOUR CREDIT BUREAU REPORT IS INCOMPLETE OR INCORRECT, YOU HAVE THE RIGHT TO DISPUTE THE INFORMATION BY CONTACTING THE AGENCY LISTED BELOW.

TRW CONSUMER ASSISTANCE CENTER, P.O. BOX 949, ALLEN, TX 75002,    800-682-7654

IF YOU HAVE ANY QUESTIONS, PLEASE CALL OUR OFFICE AT THE NUMBER LISTED BELOW.

SINCERELY,

PAT BARNS
CREDIT DEPARTMENT
1-701-461-3040

EXHIBIT 4

EQUAL CREDIT OPPORTUNITY ACT NOTICE

The federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is the Office of the Comptroller of the Currency, Customer Assistance Unit, 1301 McKinney Avenue, Suite 3710, Houston, TX 77010.

Notice to Washington Residents: Washington state law against discrimination prohibits discrimination in credit transactions because of race, creed, color, national origin, sex, marital status, or the presence of any sensory, mental or physical disability or the use of a trained guide dog or service animal by a disabled person. The Washington State Human Rights Commission administers compliance with this law.

Please return entire
corres. and return this address ♦

EQUIFAX CREDIT INFORMATION SERVICES
P O BOX 740256
ATLANTA, GA 30374

(800)270-3435

TOBY DOYLE NELSON
5320 WHITE COYOTE PL
LAS VEGAS NV 89130

DATE 03/05/99
SOCIAL SECURITY NUMBER 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

## CREDIT HISTORY

| Company Name | Account Number | Whose Acct | Date Opened | Months Re- viewed | Date Of Last Activity | High Credit | Terms | Items as of Date Reported Balance | Items as of Date Reported Past Due | Items as of Date Reported Status | Date Reported |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SEARS CHARGE | 8498-0784957317133 | I | 10/98 | 04 | 02/99 | 550 | | 0 | | R1 | 02/99 |
| AMOUNT IN H/C COLUMN IS CREDIT LIMIT | | | | | | | | | | | |
| CHRYSLER FINANCIAL C AUTO | 46489480 | I | 07/94 | 54 | 01/99 | 14K | 361 | 2784 | | I1 | 01/99 |
| >>> PRIOR PAYING HISTORY - 30(01)60(00)90+(00)02/97-12 <<< | | | | | | | | | | | |
| MACY'S WEST/GECCCC CHARGE | 575888091720 | I | 06/93 | 68 | 08/96 | 300 | | 0 | | R1 | 02/99 |
| AMOUNT IN H/C COLUMN IS CREDIT LIMIT | | | | | | | | | | | |
| HOMEDEPOT/HBGA CREDI | CG31-7227-0138364 | I | 06/98 | 08 | 01/99 | 2267 | 54 | 2193 | | R1 | 02/99 |
| NEIMAN MARCUS CHARGE | 4-06683324482 | I | 08/91 | 88 | 01/99 | 38 | | 0 | | R1 | 01/99 |
| SALLIE MAE-FFELP STUDENT LOAN | 43641920210 | I | 03/89 | 62 | 12/98 | 2250 | 29 | 588 | | I1 | 01/99 |
| SALLIE MAE-FFELP STUDENT LOAN | 436419202101 | I | 09/91 | 62 | 12/98 | 1864 | 24 | 487 | | I1 | 01/99 |
| CITIBANK - VISA | 4128003133847031 | I | 02/91 | 94 | 01/99 | 9100 | 105 | 9086 | | R1 | 01/99 |
| AMOUNT IN H/C COLUMN IS CREDIT LIMIT | | | | | | | | | | | |
| FIRST USA BANK CREDIT CARD | 4417113954039475 | I | 01/91 | 12 | 12/98 | | 116 | 4657 | | R1 | 12/98 |
| AT&T WIRELESS SERVIC PAID ACCOUNT/ZERO BALANCE | 23100000001828904 | I | 02/95 | 33 | 09/98 | 0 | | 0 | | O1 | 01/99 |
| BENEFICIAL NATIONAL CHARGE | 7001163002186252 | I | 12/96 | 23 | 12/98 | 3000 | 28 | 1724 | | R1 | 12/98 |
| AMOUNT IN H/C COLUMN IS CREDIT LIMIT | | | | | | | | | | | |
| HSB/HOME PLACE | 601165910041387B | I | 02/95 | 46 | 12/98 | 800 | | 0 | | R1 | 12/98 |
| AMOUNT IN H/C COLUMN IS CREDIT LIMIT | | | | | | | | | | | |
| FIRST USA BANK, NA ACCOUNT TRANSFERRED OR SOLD CREDIT CARD | 11220627480191 | I | 01/91 | 90 | 10/98 | 9300 | 116 | 0 | | R1 | 11/98 |
| DILLARDS CREDIT CARD | 65697351 | I | 10/85 | 99 | 09/94 | 749 | | 0 | | R1 | 12/98 |
| CHASE MANHATTAN MORT REAL ESTATE MORTGAGE | 3005830659 | S | 02/99 | | 08/98 | | | INCLUDED IN BANKRUPTCY | | | 08/98 |
| CHASE HOME MORTGAGE ACCOUNT TRANSFERRED OR SOLD REAL ESTATE MORTGAGE | 3110000583065 | J | 02/95 | 20 | 11/96 | 119K | 1K | 0 | | I1 | 11/96 |
| MONTGOMERY/WARDS PAID ACCOUNT/ZERO BALANCE | CP48-0299-1095095 | I | 11/93 | 15 | 12/93 | 0 | | 0 | | R | 03/95 |
| J C PENNEY CO | 76-426270599130 | I | 12/86 | 55 | 06/94 | 700 | | 0 | | I1 | 06/94 |
| J C PENNEY CHARGE | 76-426270599120 | I | 12/86 | 37 | 06/94 | 204 | | 0 | | R1 | 06/94 |
| STUDENT LOAN MARKETI ACCOUNT TRANSFERRED OR SOLD STUDENT LOAN | 436419202102 | I | 03/89 | 12 | 05/93 | 2250 | 27 | 0 | | I1 | 05/93 |
| STUDENT LOAN MARKETI ACCOUNT TRANSFERRED OR SOLD STUDENT LOAN | 436419202101 | I | 09/91 | 12 | 05/93 | 1864 | 22 | 0 | | I1 | 05/93 |

********** ADDITIONAL INFORMATION **********

FORMER/OTHER ADDRESS 1401 EUCLID, MIAMI BEACH, FL, 33139

FORMER/OTHER ADDRESS 3151 KEY LARGO, DR, LAS VEGAS, NV, 89120

LAST REPORTED EMPL - D P N                    3641

********** COMPANIES THAT REQUESTED YOUR CREDIT HISTORY **********

03/05/99 EQUIFAX - DISCLOSURE        02/13/99 AR CITIBANK - VISA

08Q                                                    PAGE 1 OF 2

**EXHIBIT 5**

March 7, 1999

<u>CERTIFIED MAIL</u>
<u>RETURN RECEIPT</u>
<u>REQUESTED</u>

EQUIFAX
P.O. Box 740241
Atlanta, Georgia  30374

    Re:  TOBY D. NELSON/CREDIT DISPUTE

Dear Sir:

    Please be advised that this letter constitutes a formal request to investigate disputed matters in my recent Credit Report, and subsequently, appropriately delete/amend the same.  For your convenience, I have provided the relevant portion of my recent Credit Profile.

    I have never declared bankruptcy.  The Chase Manhattan Mortgage Account was included in the bankruptcy of a joint obligor under the mortgage note.  Please delete all references to the bankruptcy.  It is impairing my credit.  Do not verify unless you procure the actual bankruptcy filing bearing my name -- none exists!

    I am providing both my required identifying information, as well as a recent VISA bill sent to my home.

| | |
|---|---|
| **Name:** | Toby D. Nelson |
| **Spouse's First Name:** | N/A |
| **Present Home Address:** | 5320 White Coyote Place<br>Las Vegas, Nevada  89130 |
| **Previous Addresses:**<br>**(for last 5 years**<br>**including Zip Codes)** | 5320 White Coyote Place<br>Las Vegas, Nevada  89130 |
| **Social Security Number:** | 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 |
| **Year of Birth:** | 1965 |

                            Very truly yours,

                            Toby D. Nelson

Enclosures

                **EXHIBIT 6**

Please address all future correspondence to this address

EQUIFAX CREDIT INFORMATION SERVICES
P O BOX 740256
(800)270-3435

TOBY DOYLE NELSON
5320 WHITE COYOTE PL
LAS VEGAS NV 89130

DATE 12/03/98
SOCIAL SECURITY NUMBER 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
DATE OF BIRTH 08/10/63

## CREDIT HISTORY

| Company Name | Account Number | Whose Acct | Date Opened | Months Re-viewed | Date Of Last Activity | High Credit | Items | Items as of Date Reported Balance | Items Past Due | Items Status | Date Reported |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BENEFICIAL NATIONAL CHARGE | 7001163002186252 | I | 12/96 | 21 | 10/98 | 3000 | 22 | 952 | | R1 | 10/98 |
| AMOUNT IN H/C COLUMN IS CREDIT LIMIT | | | | | | | | | | | |
| MACY'S WEST/GECCCC CHARGE | 575888091720 | I | 06/93 | 65 | 11/98 | 500 | | 0 | | R1 | 11/98 |
| AMOUNT IN H/C COLUMN IS CREDIT LIMIT | | | | | | | | | | | |
| SEARS CHARGE | 8498-0784997317133 | I | 10/98 | | 11/98 | 550 | 10 | 12 | | RO | 11/98 |
| AMOUNT IN H/C COLUMN IS CREDIT LIMIT | | | | | | | | | | | |
| HSB/HOME PLACE | 6011699100413878 | I | 02/95 | 44 | 10/98 | 800 | | 0 | | R1 | 10/98 |
| AMOUNT IN H/C COLUMN IS CREDIT LIMIT | | | | | | | | | | | |
| CHRYSLER FINANCIAL C. AUTO | 46489480 | I | 07/94 | 51 | 10/98 | 14K | 346 | 3341 | | I1 | 10/98 |
| >>> PRIOR PAYING HISTORY - 30(01)60(00)90+(00)02/97-12 <<< | | | | | | | | | | | |
| CITIBANK - VISA | 4128003133584/031 | I | 02/91 | 91 | 10/98 | 5100 | 107 | 5187 | | R1 | 10/98 |
| AMOUNT IN H/C COLUMN IS CREDIT LIMIT | | | | | | | | | | | |
| SALLIE MAE FFELP STUDENT LOAN | 436419202102 | I | 03/89 | 59 | 09/98 | 2250 | 29 | 606 | | I1 | 10/98 |
| SALLIE MAE FFELP STUDENT LOAN | 436419202101 | I | 09/91 | 59 | 09/98 | 1864 | 24 | 501 | | I1 | 10/98 |
| HOMEDEPOT/HRGA CREDIT | CG31 7227 0138364 | I | 06/98 | 05 | 11/98 | 2232 | 55 | 2232 | | R1 | 11/98 |
| NEIMAN MARCUS CHARGE | 4 06683324482 | I | 08/91 | 85 | 10/98 | 38 | | 0 | | R1 | 10/98 |
| DILLARDS CREDIT CARD | 65697351 | I | 10/85 | 99 | 09/94 | 745 | | 0 | | R1 | 10/98 |
| AT&T WIRELESS SERVIC | 21100000001828904 | I | 02/95 | 30 | 09/98 | 0 | | 0 | | O1 | 10/98 |
| FIRST BANK CARD CENT | 1122062740019I | I | 01/91 | 89 | 10/98 | 4300 | 94 | 3767 | | R1 | 10/98 |
| AMOUNT IN H/C COLUMN IS CREDIT LIMIT | | | | | | | | | | | |
| CHASE MANHATTAN MORT REAL ESTATE MORTGAGE | 5005030659 | S | 02/95 | | 08/98 | INCLUDED IN BANKRUPTCY | | | | | 08/98 |
| CHASE HOME MORTGAGE ACCOUNT TRANSFERRED OR SOLD REAL ESTATE MORTGAGE | 3110000383065 | J | 02/95 | 20 | 11/96 | 119K | 1K | 0 | | I1 | 11/96 |
| MONTGOMERY/WARDS PAID ACCOUNT/ZERO BALANCE | CP48-0299-1095055 | I | 11/91 | 15 | 12/93 | 0 | | 0 | | R | 03/95 |
| J C PENNEY CO | 16-426270599130 | I | 12/86 | 55 | 06/94 | 700 | | 0 | | I1 | 06/94 |
| J C PENNEY CHARGE | 16 426270599120 | I | 12/86 | 37 | 06/94 | 204 | | 0 | | R1 | 06/94 |
| STUDENT LOAN MARKETI ACCOUNT TRANSFERRED OR SOLD STUDENT LOAN | 436419202102 | I | 03/89 | 12 | 05/93 | 2250 | 27 | 0 | | I1 | 05/93 |
| STUDENT LOAN MARKETI ACCOUNT TRANSFERRED OR SOLD STUDENT LOAN | 436419202101 | I | 09/91 | 12 | 05/93 | 1864 | 22 | 0 | | I1 | 05/93 |

**********  ADDITIONAL INFORMATION  **********

FORMER/OTHER ADDRESS 1401 EUCLID, MIAMI BEACH, FL, 33139

FORMER/OTHER ADDRESS 3131 KEY LARGO, DR, LAS VEGAS, NV, 89120

LAST REPORTED EMPL - D P N                    3641

**********  COMPANIES THAT REQUESTED YOUR CREDIT HISTORY  **********

12/03/98 EQUIFAX - DISCLOSURE
11/24/98 FAR WEST  /FIRST UNITED MORTGAGE
11/02/98 AR  AT&T RISK MANAGEMENT          10/01/98 SEARS
07/10/98 EQUIFAX - DISCLOSURE             09/16/98 BELLSOUTH - FLORIDA
08/23/98 AR  CITIBANK - VISA              07/22/98 AR  FIRST BANK CARD CENT
06/24/98 AR  BENEFICIAL NATIONAL          06/22/98 AR  CITIBANK  VISA

X6R                                                        PAGE 1 OF 2

MGM GRAND HOTEL, INC.

3799 LAS VEGAS BOULEVARD SOUTH
LAS VEGAS, NEVADA 89109

LAS VEGAS NV 890.12/19/98

TOBY D NELSON                    J00005259
5320 WHITE COYOTE PL             12/21/1998
LAS VEGAS, NV  89130

09

HDD

AUTO A9130

FIRST BANKCARD CENTER                    1 OF 1
P. O. BOX 60640
NEW ORLEANS LA  70160

VV
FIRST BANKCARD CENTER

504-623-4100
1-800-759-0294
TDD # 504-623-7455

VISA

TOBY D NELSON
5320 WHITE COYOTE PL
LAS VEGAS NV  89130-1632

4625070-122-062-748

ACCOUNT NUMBER

| CYCLE CLOSING DATE | PAST DUE | CURRENT DUE | AMOUNT OVERDUE | MINIMUM PAYMENT DUE | NEW BALANCE | PAYMENT DUE DATE | INTEREST RATE (%) |
|---|---|---|---|---|---|---|---|
| 03-06-98 | .00 | 87.00 | | 87.00 | 3496.24 | 04-01-98 | VARIABLE |

| CREDIT LINE | FINANCE CHARGE CALCULATION METHOD | CASH ADVANCE RATE | AVERAGE DAILY BALANCE SUBJECT TO FINANCE CHARGE | NUMBER X DAYS IN CYCLE | DAILY PERIODIC RATE | CORRESPONDING ANNUAL PERCENTAGE RATE | CASH ADVANCE FEES | FINANCE CHARGE | ANNUAL PERCENTAGE RATE |
|---|---|---|---|---|---|---|---|---|---|
| 4300 | B | 2.50% | 3473.69 | 28 | .00046301 | 16.90 % | .00 | 45.03 | 16.90% |

| PREVIOUS BALANCE | PAYMENTS | CREDITS | NEW PURCHASES | NEW CASH ADVANCES | DEBITS | FINANCE CHARGE | NEW BALANCE |
|---|---|---|---|---|---|---|---|

Case 2:00-cv-01218-LRH-LRL Document 40-11 Filed 10/06/08 Page 21 of 30

Please address all future
correspondence to this address

P O BOX 740256
ATLANTA, GA 30374

(800) 270-3435

TOBY DOYLE NELSON
5320 WHITE COYOTE PL
LAS VEGAS NV 89130

DATE 04/16/99
SOCIAL SECURITY NUMBER 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
DATE OF BIRTH 08/10/65

----

## CREDIT HISTORY

| Company Name | Account Number | Whose Acct | Date Opened | Months Reviewed | Date Of last Activity | High Credit | Terms | Items as of Date Reported Balance | Past Due | Status | Date Reported |
|---|---|---|---|---|---|---|---|---|---|---|---|
| FIRST USA BANK CREDIT CARD | 4417113954039475 | 1 | 01/91 | 14 | 02/99 | | 130 | 5239 | | R1 | 02/99 |
| CHRYSLER FINANCIAL C AUTO | 46489480 | 1 | 07/94 | 56 | 03/99 | 14K | 60M | 1880 | | I1 | 03/99 |
| >>> PRIOR PAYING HISTORY - 30(01)60(00)90+(00)02/97-12 <<< | | | | | | | | | | | |
| MACY'S WEST/GECCCC CHARGE | 5758B8091720 | 1 | 06/93 | 70 | 08/96 | 300 | | 0 | | R1 | 04/99 |
| AMOUNT IN H/C COLUMN IS CREDIT LIMIT | | | | | | | | | | | |
| HOMEDEPOT/MBGA CREDIT | CG31-7227-0138364 | 1 | 06/98 | 10 | 03/99 | 2267 | 53 | 2122 | | R1 | 04/99 |
| SALLIE MAE-FFELP STUDENT LOAN | 436419202102 | 1 | 03/89 | 64 | 03/99 | 2250 | 29 | 514 | | I1 | 03/99 |
| SALLIE MAE-FFELP STUDENT LOAN | 436419202101 | 1 | 09/91 | 64 | 03/99 | 1864 | 24 | 425 | | I1 | 03/99 |
| DILLARDS CREDIT CARD | 65697351 | 1 | 10/85 | 99 | 09/94 | 1500 | | 0 | | R1 | 03/99 |
| AMOUNT IN H/C COLUMN IS CREDIT LIMIT | | | | | | | | | | | |
| CHASE MANHATTAN MORT | 3005030659 | S | 02/95 | | 08/98 | INCLUDED IN BANKRUPTCY | | | | | 08/98 |
| CONSUMER DISPUTES-REINVESTIGATION IN PROCESS | | | | | | | | | | | |
| BENEFICIAL NATIONAL CHARGE | 7001163002186292 | 1 | 12/96 | 23 | 02/99 | 3000 | 37 | 1894 | | R1 | 02/99 |
| AMOUNT IN H/C COLUMN IS CREDIT LIMIT | | | | | | | | | | | |
| ONYX ACCEPTANCE CORP AUTO | 9-57028005 | 1 | 02/99 | | 02/99 | 16K | 66M | 16K | | I0 | 02/99 |
| NEIMAN MARCUS CHARGE | 4-06683324482 | 1 | 08/91 | 89 | 02/99 | 38 | | 0 | | R1 | 02/99 |
| HSB/HOME PLACE | 6011659100413078 | 1 | 02/95 | 47 | 01/99 | 800 | | 0 | | R1 | 01/99 |
| AMOUNT IN H/C COLUMN IS CREDIT LIMIT | | | | | | | | | | | |
| CITIBANK - VISA | 4128003135847031 | 1 | 02/91 | 95 | 02/99 | 5100 | 104 | 5054 | | R1 | 02/99 |
| AMOUNT IN H/C COLUMN IS CREDIT LIMIT | | | | | | | | | | | |
| SEARS CHARGE | 8498-078495731713 | 1 | 10/98 | 04 | 02/99 | 550 | | 0 | | R1 | 02/99 |
| AMOUNT IN H/C COLUMN IS CREDIT LIMIT | | | | | | | | | | | |
| AT&T WIRELESS SERVIC PAID ACCOUNT/ZERO BALANCE | 21100000001828904 | 1 | 02/99 | 33 | 09/98 | 0 | | 0 | | O1 | 01/99 |
| FIRST USA BANK, NA CREDIT CARD | 1122062/480191 | 1 | 01/91 | 90 | 10/98 | 5300 | 116 | 0 | | R1 | 11/98 |
| ACCOUNT TRANSFERRED OR SOLD | | | | | | | | | | | |
| CHASE HOME MORTGAGE REAL ESTATE MORTGAGE | 3110000503065 | J | 02/95 | 20 | 11/96 | 119K | 1K | 0 | | I1 | 11/96 |
| ACCOUNT TRANSFERRED OR SOLD | | | | | | | | | | | |
| MONTGOMERY/WARDS PAID ACCOUNT/ZERO BALANCE | CP4B-0299-1095055 | 1 | 11/93 | 15 | 12/93 | 0 | | 0 | | R | 03/95 |
| J C PENNEY CO | 76-42621059913 | 0 | 1 | 12/86 | 55 | 06/94 | 700 | | 0 | | I1 | 06/94 |
| J C PENNEY CHARGE | 76-426210599120 | 1 | 12/86 | 37 | 06/94 | 204 | | 0 | | R1 | 06/94 |
| STUDENT LOAN MARKETI STUDENT LOAN | 436419202102 | 1 | 03/89 | 12 | 05/93 | 2250 | 27 | 0 | | I1 | 05/93 |
| ACCOUNT TRANSFERRED OR SOLD | | | | | | | | | | | |
| STUDENT LOAN MARKETI STUDENT LOAN | 436419202101 | 1 | 09/91 | 12 | 05/93 | 1864 | 22 | 0 | | I1 | 05/93 |
| ACCOUNT TRANSFERRED OR SOLD | | | | | | | | | | | |

********** ADDITIONAL INFORMATION **********

FORMER/OTHER ADDRESS 1401 EUCLID, MIAMI BEACH, FL, 33139

FORMER/OTHER ADDRESS 3151 KEY LARGO, DR, LAS VEGAS, NV, 89120

LAST REPORTED EMPL - D P N                     3641

G&G

EXHIBIT 7

PAGE 1 OF 2

CREDIT DISCLOSURE INFORMATION
P O BOX 7A0296
ATLANTA, GA 30374

(800)896-7073

TOBY DOYLE NELSON
5320 WHITE COYOTE PL
LAS VEGAS NV 89130

DATE  06/04/99
SOCIAL SECURITY NUMBER 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
DATE OF BIRTH 08/10/69                ----

## CREDIT HISTORY

| Company Name | Account Number | Whose Acct. | Date Opened | Months Re-viewed | Date Of Last Activity | High Credit | Terms | Items as of Date Reported Balance | Past Due | Status | Date Reported |
|---|---|---|---|---|---|---|---|---|---|---|---|
| FIRST USA BANK CREDIT CARD | 4417113954039475 | I | 01/91 | 16 | 04/99 | | 126 | 4840 | | R1 | 04/99 |
| ONYX ACCEPTANCE CORP AUTO | 9-57028005 | I | 02/99 | 01 | 04/99 | 16K | 66M | 16K | | I1 | 04/99 |
| CITIBANK - VISA | 4128003133847031 | I | 02/91 | 97 | 04/99 | | | 4884 | | R1 | 04/99 |
| NEIMAN MARCUS CHARGE | 4-06683324482 | I | 08/91 | 91 | 04/99 | 38 | | 0 | | R1 | 04/99 |
| BENEFICIAL NATIONAL CHARGE | 7001163002186252 | I | 12/96 | 27 | 04/99 | 3000 | 39 | 1739 | | R1 | 04/99 |
| AMOUNT IN H/C COLUMN IS CREDIT LIMIT | | | | | | | | | | | |
| SALLIE MAE-FFELP STUDENT LOAN | 436419202102 | I | 03/89 | 65 | 03/99 | 2250 | 29 | 514 | | I1 | 04/99 |
| SALLIE MAE-FFELP STUDENT LOAN | 436419202101 | I | 09/91 | 65 | 03/99 | 1864 | 24 | 425 | | I1 | 04/99 |
| CHRYSLER FINANCIAL C AUTO | 46489480 | I | 07/94 | 57 | 03/99 | 14K | 361 | 1899 | | I1 | 04/99 |
| >>>  PRIOR PAYING HISTORY - 30(01)60(00)90+(00)02/97-I2  <<< | | | | | | | | | | | |
| MACY'S WEST/GECCCC CHARGE | 575888091720 | I | 06/93 | 71 | 08/96 | 300 | | 0 | | R1 | 05/99 |
| AMOUNT IN H/C COLUMN IS CREDIT LIMIT | | | | | | | | | | | |
| HOMEDEPOT/MBGA CREDI | CG31-7227-0138364 | I | 06/98 | 11 | 04/99 | 2267 | 52 | 2105 | | R1 | 05/99 |
| CHASE MANHATTAN MORT | 3005830659 | | 02/95 | | 03/99 | 119K | 1K | 0 | | I1 | 04/99 |
| HSB/HOME PLACE | 6011659100413878 | I | 02/95 | 47 | 01/99 | 800 | | 0 | | R1 | 01/99 |
| AMOUNT IN H/C COLUMN IS CREDIT LIMIT | | | | | | | | | | | |
| SEARS CHARGE | 8498-0784957317133 | I | 10/98 | 04 | 02/99 | 550 | | 0 | | R1 | 02/99 |
| AMOUNT IN H/C COLUMN IS CREDIT LIMIT | | | | | | | | | | | |
| AT&T WIRELESS SERVIC | 2110000001828904 | I | 02/95 | 33 | 09/98 | 0 | | 0 | | 01 | 01/99 |
| PAID ACCOUNT/ZERO BALANCE | | | | | | | | | | | |
| FIRST USA BANK, NA CREDIT CARD | 1122062748019 1 | I | 01/91 | 90 | 10/98 | 5300 | 116 | 0 | | R1 | 11/98 |
| ACCOUNT TRANSFERRED OR SOLD | | | | | | | | | | | |
| CHASE HOME MORTGAGE REAL ESTATE MORTGAGE | 3110000583065 | J | 02/95 | 20 | 11/96 | 119K | 1K | 0 | | I1 | 11/96 |
| ACCOUNT TRANSFERRED OR SOLD | | | | | | | | | | | |
| MONTGOMERY/WARDS | CP4B-0299-1095055 | I | 11/93 | 15 | 12/93 | 0 | | 0 | | R | 03/95 |
| PAID ACCOUNT/ZERO BALANCE | | | | | | | | | | | |
| J C PENNEY CO | 76-426270599130 | I | 12/86 | 55 | 06/94 | 700 | | 0 | | I1 | 06/94 |
| J C PENNEY CHARGE | 76-426270599120 | I | 12/86 | 37 | 06/94 | 204 | | 0 | | R1 | 06/94 |
| STUDENT LOAN MARKETI STUDENT LOAN | 436419202102 | I | 03/89 | 12 | 05/93 | 2250 | 27 | 0 | | I1 | 05/93 |
| ACCOUNT TRANSFERRED OR SOLD | | | | | | | | | | | |
| STUDENT LOAN MARKETI STUDENT LOAN | 436419202101 | I | 09/91 | 12 | 05/93 | 1864 | 22 | 0 | | I1 | 05/93 |
| ACCOUNT TRANSFERRED OR SOLD | | | | | | | | | | | |

**********  ADDITIONAL INFORMATION  **********

FORMER/OTHER ADDRESS 1401 EUCLID, MIAMI BEACH, FL, 33139

FORMER/OTHER ADDRESS 3151 KEY LARGO, DR, LAS VEGAS, NV, 89120

LAST REPORTED EMPL - D P N                    3641

**********  COMPANIES THAT REQUESTED YOUR CREDIT HISTORY  **********

06/04/99 EQUIFAX - DISCLOSURE          04/28/99 AR  HOMEDEPOT/MBGA CREDI
04/23/99 AR  FEDERAL HOME LOAN MO      04/15/99 AR  HOUSEHOLD RETAIL SER
04/13/99 AR  CHASE HOME MORTGAGE

YXM                                                          PAGE 1  OF 2

EXHIBIT 8

# experian

**Report date**
August 14, 1999
**Questions?**
Call 800 583-4080

**Prepared for**
TOBY D NELSON
**Report number**
285000331-4-01-46664102

## Information affecting your creditworthiness

Items listed with dashes before and after the number, *for example –1–*, may have a potentially negative effect on your future credit extension and are listed first on the report.

Credit grantors may carefully review the terms listed below when they check your credit history. Please note that the account information connected with some public records, such as bankruptcy, also may appear with your credit accounts listed later in this report

## Credit information about you

| Source/ Account number (except last few digits) | Date opened/ Reported since | Date of status/ Last reported | Type/ Terms/ Monthly payment | Responsibility | Credit limit or original amount/ High balance | Recent balance/ Recent payment | Comments |
|---|---|---|---|---|---|---|---|
| –1– **AT&T WIRELESS SERVICES** 1600 SW 4TH AVE PORTLAND OR 97201 21H000000001828... | 2-1995/ 12-1998 | 12-1998/ 12-1998 | Revolving/ 1 Months/ $0 | Individual | $88 / $104 | N/A | Status: paid/past due 30 days. Account history: 30 days as of 11-1998 This account is scheduled to continue on record until 11-2005. |
| **CHASE MANHATTAN MORTGAGE** 3415 VISION DR COLOMBUS OH 43219 3005830... | 2-1995/ 2-1999 | 2-1999/ 2-1999 | Installment/ 30 Years/ $0 | Joint with ANTHONY PROIETTI | $119,950 / NA | N/A | Status: paid/never late. This account is scheduled to continue on record until 2-2006. This item was verified and updated 8-1999. |

EXHIBIT 9

December 2, 1998


**CERTIFIED MAIL**
**RETURN RECEIPT**
**REQUESTED**

CREDIT BUREAU OF SOUTHERN NEVADA
P.O. Box 29060
Las Vegas, Nevada  89126

     Re:  **TOBY D. NELSON/CREDIT DISPUTE**

Dear Sir:

    Please be advised that this letter constitutes a formal
request to investigate disputed matters in my recent Credit Report,
and subsequently, appropriately delete/amend the same.  For your
convenience, I have provided the relevant portion of my recent
Credit Profile.

    I have never declared bankruptcy.  The Chase Manhattan
Mortgage Account was included in the bankruptcy of a joint obligor
under the mortgage note.  Please delete all references to the
bankruptcy.  It is impairing my credit.  Do not verify unless you
procure the actual bankruptcy filing bearing my name -- none
exists!

                Very truly yours,

                *Toby D. Nelson*

                Toby D. Nelson


Enclosure


**EXHIBIT** 10

REPORT ON: NELSON, TOBY D.          PAGE   3 OF   6
SOCIAL SECURITY NUMBER: 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

ACCOUNT INFORMATION, CONT.

```
    DC729D012
    MACYW/GECCCC            # 575888091720     REVOLVING ACCOUNT
                                               CHARGE ACCOUNT
       VERIF'D  08/1998   BALANCE:       $0    INDIVIDUAL ACCOUNT
       OPENED   06/1993   MOST OWED:     $0    CREDIT LIMIT:      $300
       PAID OFF 07/1993                        BRCL5B DL5758
       STATUS AS OF 07/1993: PAID OR PAYING AS AGREED
       IN PRIOR 01 MONTH  FROM DATE PAID NEVER LATE

    QZ722T001
    CHASE MORT             # 3005830659        MORTGAGE ACCOUNT
    INCLUDED IN BANKRUPTCY                     CONVENTIONAL REAL ESTATE MTG
       VERIF'D  08/1998   BALANCE:       $0    PARTICIPANT ON ACCOUNT
       OPENED   02/1995   MOST OWED:  $119950  PAY TERMS: 360 MONTHLY $1161
       CLOSED   12/1997                        FRD801149088
       STATUS AS OF 12/1997: UNRATED

    U 63ZB004
    AT&T WIRELES           # 21100000001828904 OPEN ACCOUNT
                                               CELLULAR
       VERIF'D  08/1998   BALANCE:       $0    INDIVIDUAL ACCOUNT
       OPENED   02/1995   MOST OWED:     $0
       PAID OFF 06/1998
       STATUS AS OF 06/1998: PAID OR PAYING AS AGREED
       IN PRIOR 34 MONTHS FROM DATE PAID NEVER LATE

    BC64DB003
    CITIBK VISA            # 4128003133847031  REVOLVING ACCOUNT
                                               CREDIT CARD
       VERIF'D  07/1998   BALANCE:    $5045    INDIVIDUAL ACCOUNT
       OPENED   02/1991                        PAY TERMS: MINIMUM $105
                                               CREDIT LIMIT:     $5100
       STATUS AS OF 07/1998: PAID OR PAYING AS AGREED
       IN PRIOR 48 MONTHS FROM DATE VERIF'D NEVER LATE

    QF235033A
    HDMBGA/CDTCR           # 72270138364       REVOLVING ACCOUNT
       VERIF'D  06/1998   BALANCE:       $0    INDIVIDUAL ACCOUNT
       OPENED   06/1998   MOST OWED:     $0    CREDIT LIMIT:     $2300
       PAID OFF 06/1998                        BRCG31 DL7227
       STATUS AS OF 06/1998: PAID OR PAYING AS AGREED
       IN PRIOR 01 MONTH  FROM DATE PAID NEVER LATE.
```

```
CREDIT BUREAU CENTRAL                PAGE   1 OF  7
2355 RED ROCK ST. SUITE 200          DATE THIS REPORT PRINTED: 01/08/1999
LAS VEGAS, NV. 89102
702-871-3331                         SOCIAL SECURITY NUMBER: 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
                                     BIRTH DATE:      08/1965
                                     YOU HAVE BEEN IN OUR FILES SINCE: 10/1986
                                     AKA: DNELSON,TOBY
                                     PHONE:    362-7702
```

CONSUMER REPORT FOR:


    NELSON, TOBY  D.
    5320 WHITE COYOTE PL.,
    LAS VEGAS NV. 89130

FORMER ADDRESSES REPORTED:

    3151 KEY LARGO DR., LAS VEGAS NV. 89120
    6115 W. HARMON, #35. LAS VEGAS NV. 89103

EMPLOYMENT DATA REPORTED:

CUCOS
DATE REPORTED: 06/1991

                YOUR CREDIT INFORMATION

---

THE FOLLOWING ACCOUNTS CONTAIN INFORMATION WHICH SOME CREDITORS MAY CONSIDER
TO BE ADVERSE. THE ADVERSE INFORMATION IN THESE ACCOUNTS HAS BEEN PRINTED IN
>BRACKETS< FOR YOUR CONVENIENCE, TO HELP YOU UNDERSTAND YOUR REPORT. THEY ARE
NOT BRACKETED THIS WAY FOR CREDITORS. (NOTE: THE ACCOUNT# MAY BE SCRAMBLED
BY THE CREDITOR FOR YOUR PROTECTION).

```
QA624C137
CHRYS FIN CP            # 46489480           INSTALLMENT ACCOUNT
                                             AUTOMOBILE
 VERIF'D  11/1998  BALANCE:       $3072      INDIVIDUAL ACCOUNT
 OPENED   07/1994  MOST OWED:     $14085     PAY TERMS: 60 MONTHLY $361
 STATUS AS OF 11/1998: PAID OR PAYING AS AGREED
 >IN PRIOR 53 MONTHS FROM DATE VERIF'D 2 TIMES 30 DAYS LATE<
```

---

THE FOLLOWING ACCOUNTS ARE REPORTED WITH NO ADVERSE INFORMATION

```
DC729D012
MACYW/GECCCC           # 575888091720        REVOLVING ACCOUNT
                                             CHARGE ACCOUNT
 VERIF'D  12/1998  BALANCE:       $0         INDIVIDUAL ACCOUNT
 OPENED   06/1993  MOST OWED:     $0         CREDIT LIMIT:        $300
 PAID OFF 07/1993                            BRCL5B DL5758
 STATUS AS OF 07/1993: PAID OR PAYING AS AGREED
 IN PRIOR 01 MONTH  FROM DATE PAID NEVER LATE
```


                        EXHIBIT   11

REPORT ON: NELSON, TOBY  D.        PAGE   2 OF   7
SOCIAL SECURITY NUMBER: 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

ACCOUNT INFORMATION, CONT.

```
H 1EWN001
HOMEPLCE/HSB            # 6011659100413878   REVOLVING ACCOUNT
                                            COMBINED CREDIT PLAN
   VERIF'D  12/1998   BALANCE:       $0     INDIVIDUAL ACCOUNT
   OPENED   02/1995   MOST OWED:      $0     CREDIT LIMIT:      $800
   PAID OFF 02/1995
   STATUS AS OF 02/1995: PAID OR PAYING AS AGREED
   IN PRIOR 01 MONTH  FROM DATE PAID NEVER LATE


QZ722T001
CHASE MORT             # 3005830659         MORTGAGE ACCOUNT
                                            CONVENTIONAL REAL ESTATE MTG
   VERIF'D  12/1998   BALANCE:       $0     PARTICIPANT ON ACCOUNT
   OPENED   02/1995   MOST OWED: $119950    PAY TERMS: 360 MONTHLY $1161
   CLOSED   12/1997                         FRD801149088
   STATUS AS OF 12/1997: UNRATED


UR63ZB004
AT&T WIRELES           # 21100000001828904  OPEN ACCOUNT
CLOSED                                      CELLULAR
   VERIF'D  12/1998   BALANCE:       $0     INDIVIDUAL ACCOUNT
   OPENED   02/1995   MOST OWED:      $0
   CLOSED   11/1998
   STATUS AS OF 11/1998: PAID OR PAYING AS AGREED
   IN PRIOR 39 MONTHS FROM DATE CLOSED NEVER LATE


QF235033A
HDMBGA/CDTCR           # 72270138364        REVOLVING ACCOUNT
   VERIF'D  12/1998   BALANCE:    $2206     INDIVIDUAL ACCOUNT
   OPENED   06/1998   MOST OWED:  $2232     CREDIT LIMIT:      $2300
                                            BRCG31 DL7227
   STATUS AS OF 12/1998: PAID OR PAYING AS AGREED
   IN PRIOR 07 MONTHS FROM DATE VERIF'D NEVER LATE


DC6256407
SEARS                  # 784957317133       REVOLVING ACCOUNT
                                            CHARGE ACCOUNT
   VERIF'D  12/1998   BALANCE:     $218     INDIVIDUAL ACCOUNT
   OPENED   10/1998   MOST OWED:    $220     PAY TERMS: MONTHLY $10
                                            CREDIT LIMIT:      $600
   STATUS AS OF 12/1998: PAID OR PAYING AS AGREED
   IN PRIOR 03 MONTHS FROM DATE VERIF'D NEVER LATE
```

AT&T Universal Card
P.O. Box 45172
Jacksonville, FL 32231-5172
*1800-423-4343*

April 28, 2000

Reference: **2000042746562**

Toby D. Nelson
5320 White Coyote Pl.
Las Vegas, NV 89130-1632
||..|.|.|....||..||.||.....||.||....||....||....||.|.|.|||....|.|.|

Dear Toby D. Nelson:

Thank you for applying for the AT&T Universal Card.

We have carefully considered your request for the AT&T Universal Card and regret we are unable to approve your application at this time due to the following:

> Your credit report includes a bankruptcy

Our credit decision was influenced by information provided by the credit bureau listed below. Because the credit bureau did not make the decision to decline your request for the AT&T Universal Card, it is unable to provide you with additional information regarding the declination of your application. However, if you feel your credit report is inaccurate or incomplete, you have the right to dispute the information with the credit bureau. You can contact the credit bureau directly at **1 800 888-4213** or write to them at:

> Trans Union Corporation
> 2 Baldwin Place
> P.O. Box 1000
> Chester, PA 19022

You have the right under the Fair Credit Reporting Act to obtain a free copy of your credit bureau report if you contact the credit bureau within 60 days from the date of this letter.

Credit Department

*Can not extend offer for lower interest rate of 1.9 %.*
*Loss $810⁰⁰*

EXHIBIT 12



CREDIT BUREAU CENTRAL
2355 RED ROCK ST. SUITE 200
LAS VEGAS, NV. 89102
702-871-3331

PAGE  1 OF  8
DATE THIS REPORT PRINTED: 05/11/2000

SOCIAL SECURITY NUMBER: 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
BIRTH DATE:          08/1965
YOU HAVE BEEN IN OUR FILES SINCE: 10/1986
AKA: DNELSON,TOBY
PHONE:    362-7702

CONSUMER REPORT FOR:

    NELSON, TOBY  D.
    5320 WHITE COYOTE PL.,
    LAS VEGAS NV. 89130

FORMER ADDRESSES REPORTED:

    3151 KEY LARGO DR., LAS VEGAS NV. 89120
    6115 W. HARMON, #35. LAS VEGAS NV. 89103

EMPLOYMENT DATA REPORTED:

MGM GRAND HOTEL                    CUCOS
DATE REPORTED: 05/2000             SALARY:        $0
                                  DATE REPORTED: 06/1991
                 YOUR CREDIT INFORMATION

THE FOLLOWING ACCOUNTS CONTAIN INFORMATION WHICH SOME CREDITORS MAY CONSIDER
TO BE ADVERSE. THE ADVERSE INFORMATION IN THESE ACCOUNTS HAS BEEN PRINTED IN
>BRACKETS< FOR YOUR CONVENIENCE, TO HELP YOU UNDERSTAND YOUR REPORT. THEY ARE
NOT BRACKETED THIS WAY FOR CREDITORS. (NOTE: THE ACCOUNT# MAY BE SCRAMBLED
BY THE CREDITOR FOR YOUR PROTECTION).

QZ722T001
CHASE MORT           # 3005830659          MORTGAGE ACCOUNT
INCLUDED IN BANKRUPTCY<                     CONVENTIONAL REAL ESTATE MTG
UPDATED  04/2000   BALANCE:        $0       PARTICIPANT ON ACCOUNT
OPENED   02/1995   MOST OWED:  $119950      PAY TERMS: 360 MONTHLY
CLOSED   12/1997                            FREDDIE MAC # 801149088
STATUS AS OF 12/1997: UNRATED
>IN PRIOR 01 MONTH  FROM DATE CLOSED 1 TIME 120 OR MORE DAYS LATE<
  MAXIMUM DELINQUENCY OF 120+ DAYS OCCURRED IN 12/1997<

QA624C137
CHRYS FIN CP          # 46489480           INSTALLMENT ACCOUNT
CLOSED                                      AUTOMOBILE
UPDATED  11/1999   BALANCE:        $0       INDIVIDUAL ACCOUNT
OPENED   07/1994   MOST OWED:   $14085      PAY TERMS: 60 MONTHLY
STATUS AS OF 11/1999: PAID OR PAYING AS AGREED
>IN PRIOR 48 MONTHS FROM DATE VERIF'D 2 TIMES 30 DAYS LATE<

EXHIBIT 13

UNITED STATES
U.S. District Court
District of Nevada
Southern Division

# 000043420 - MZ
October 6, 2000

Code   Case #   Qty   Amount

CIVIL FI 00-1218vs   1 @ 150.00
                        150.00 CK

TOTAL→              150.00

FROM: MITCHELL D. GLINER